UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JOSE LNU, DANIEL TORRES MARRERO
A/K/A "FLACO", NESTOR GIBBS,
RAUDEL CUBGAS A/K/A "CUBITA",
FAUSTO BERNARD A/K/A "COJO",
WILFREDO DURAN-RODRIQUEZ A/K/A
"BAILONGO", WILFREDO VALERIO
A/KA/ "JAY"

Docket No. 09-00782-001

ORDER MODIFYING CONDITIONS
OF RELEASE

This matter having come before the Court on application of defendant, Wilfredo Duran-Rodriguez, by Gregory Tomczak, appointed CJA counsel for the defendant, for an Order modifying conditions of release in the above captioned matter, and the United States by Robert Frazer, Assistant United States Attorney, having consented thereto, and for good cause shown;

IT IS on this        day of February, 2010, HEREBY ORDERED

1.    Home Detention: Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services. The defendant shall pay all or part of the cost of electronic monitoring, base upon their ability to pay as determined by the Court and Pretrial Services.

HON. KATHARINE S. HAYDEN, U.S.D.J.

Consented to:

By:
Robert Frazer
Assistant United States Attorney

By:
Gregory Tomczak
Counsel for Defendant, Wilfredo Duran-Rodriquez

F:\users\COMMON\US5\2674\001\Order Modifying Conditions.doc