UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE LNU, DANIEL TORRES MARRERO A/K/A "FLACO", NESTOR GIBBS, RAUDEL CUBGAS A/K/A "CUBITA", FAUSTO BERNARD A/K/A "COJO", WILFREDO DURAN-RODRIQUEZ A/K/A "BAILONGO", WILFREDO VALERIO A/KA/ "JAY" | Docket No. 09-00782-001<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |
|---|---|

This matter having come before the Court on application of defendant, Wilfredo Duran-Rodriguez, by Gregory Tomczak, appointed CJA counsel for the defendant, for an Order modifying conditions of release in the above captioned matter, and the United States by Robert Frazer, Assistant United States Attorney, having consented thereto, and for good cause shown;

IT IS on this _____ day of April, 2010, HEREBY ORDERED

1. Residence: The Defendant must maintain residence as approved by Pretrial Services. The present condition requiring the defendant to reside at 169 N. 12th Street, Newark, New Jersey is hereby vacated.

_____
HON. KATHARINE S. HAYDEN, U.S.D.J.

Consented to:

By:_____
Robert Frazer
Assistant United States Attorney

By:_____
Gregory Tomczak
Counsel for Defendant, Wilfredo Duran-Rodriquez

F:\users\COMMON\US5\2674\001\Order Modifying Conditions2.doc